UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA AREL,

       Plaintiff,

v.                                              Case No.  8:06-cv-975-T-24 EAJ

JO ANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion to Remand (Doc. No. 11), pursuant to sentence six of 42 U.S.C. §§ 205(g) and 1631(c)(3).  Defendant represents that Plaintiff does not object to the motion.  Accordingly, it is **ORDERED AND ADJUDGED** that:

    (1)    The motion is **GRANTED**;

    (2)    The Court remands this case for further administrative action; and

    (3)    The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of August, 2006.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record